United States District Court
Southern District of Texas
**ENTERED**
May 14, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **MATTHEW NOBLE** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| v. § | No. 4:21-cv-906 |
| § | |
| **RENT RECOVERY SOLUTIONS, LLC** § | |
| § | |
| **Defendant.** § | |
| § | |

## ORDER

The Plaintiff and Defendant Rent Recovery Solutions, LLC have settled all claims against each other. In accordance with parties' Joint Stipulation of Dismissal with Prejudice, the Plaintiff's causes of action against Defendant are hereby DISMISSED with prejudice, with the parties to bear their own costs and attorney's fees.

Signed on May 14, 2021, at Houston, Texas.

_____
Charles Eskridge
United States District Judge